AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00218 |
| LOUISE ENRIQUE COLON | ) Assigned to: Judge Faruqui, Zia M |
| | ) Assign Date: 2/10/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* LOUISE ENRIQUE COLON ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment  ❏ Superseding Indictment  ❏ Information  ❏ Superseding Information  ☑ Complaint
❏ Probation Violation Petition  ❏ Supervised Release Violation Petition  ❏ Violation Notice  ❏ Order of the Court

This offense is briefly described as follows:

See attached affidavit, which is incorporated herein by reference.

Date: 02/10/2021

2021.02.10 15:36:53 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.     Zia M. Faruqui , United States Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

Case 4:21-mj-00011-LMC   Document 1-2   Filed 02/11/21   Page 1 of 2

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Louise Enrique Colon
Known aliases: n/a
Last known residence: 3605 NW Pier Court, Blue Springs, Missouri 64015
Prior addresses to which defendant/offender may still have ties: n/a

Last known employment: n/a
Last known telephone numbers: 816-778-9594
Place of birth: unknown
Date of birth: 10/04/1976
Social Security number: 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
Height: unknown    Weight: unknown
Sex: Male    Race: unknown
Hair: Black    Eyes: unknown
Scars, tattoos, other distinguishing marks: n/a

History of violence, weapons, drug use: n/a

Known family, friends, and other associates *(name, relation, address, phone number)*: n/a

FBI number:
Complete description of auto: n/a

Investigative agency and address: Federal Bureau of Investigation, Washington Field Office, 601 4th St NW, Washington, DC 20535

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
n/a

Date of last contact with pretrial services or probation officer *(if applicable)*: n/a